Anson E. Fletcher, Respondent, v. Bruce O. Johnson, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer on or before the 25th day of January, 1912, at ten o'clock A. M., upon payment of the costs of this appeal and costs below; and this case is ordered on the calendar of the Buffalo City Court at the time stated above. All concurred.

Henry H. Griem, Respondent, v. Joel Perkins, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, and case restored to the trial calendar. Held, that the counterclaim setting up a lien was proper and entitles the appellant to a new trial in the County Court as demanded in his notice of appeal. All concurred, except Robson, J., who dissented.

The People of the State of New York, Respondent, v. Bert Van Valkenburg, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles I. Holbrook, Respondent, v. William H. Caldwell, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank Moran, Appellant, v. Dake Drug Company, Respondent.— Order affirmed, with costs. All concurred.

Edward Rose and Anna E. Rose, Respondents, v. Herbert D. Swarthout, Appellant, Impleaded with Imperial Coal and Coke Company.— Judgment and order affirmed, with costs. All concurred.

John Kehoe, Respondent, v. Co-operative Motor Car Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Richard Hall, as Executor, etc., of Sarah A. Hall, Deceased, Appellant, v. The Prudential Insurance Company of America, Respondent.— Judgment affirmed, with costs. All concurred.

Giovanni Banchetti, as Administrator, etc., of Donato San Donato, Deceased, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant, upon the verdict, with costs. All concurred.

Magdalena Tarquinio, Appellant, v. Max Kaiser and Gertrude Kaiser, Respondents.— Judgment and order affirmed, with costs. All concurred.

Angelo Orafina, as Administrator, etc., Respondent, v. New York State Railways, Appellant.— Motion to amend decision denied, with ten dollars costs. All concurred; Robson, J., not sitting.

Frank Kernan, an Infant, etc., v. Frank C. Ogden.— Appeal dismissed, without costs, upon stipulation filed.

James Nolan, Respondent, v. Mary Bogan and Ellen Claire, Appellants. — Judgment and order affirmed, with costs. All concurred.